UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNIE WILLIAMS,<br><br>              Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC SOCIAL SERVICES, et al.,<br><br>              Defendants. | Case No. CV 14-7625 JVS(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all documents filed in connection with Defendants' Motion to Dismiss and Strike ("Defendants' Motion"), and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

    IT IS HEREBY ORDERED: (1) Defendants' Request for Judicial Notice is denied as moot; (2) Defendants' Motion is granted to the extent it seeks an order (a) dismissing this action as against Defendant Luque without prejudice for insufficient service of process; and (b) dismissing all claims against the individual

defendants for failure to state a claim; (3) Defendants' Motion is denied without prejudice to the extent it seeks an order (a) dismissing this action as against Defendants Veals and Browning for insufficient service of process; (b) dismissing all of Plaintiff's claims as time-barred; and (c) striking Plaintiff's prayer for punitive damages against the County; (4) Plaintiff is granted leave to file a First Amended Complaint within twenty-one (21) days of the entry of this Order;[1]

(5) **Plaintiff is cautioned that her failure timely to file a First Amended Complaint may result in the dismissal of this action with or without prejudice based on, among other things, her failure diligently to prosecute**; and (6) the Clerk shall provide Plaintiff with a Central District of California Civil Rights Complaint Form to facilitate Plaintiff's filing of a First Amended Complaint if she elects to proceed in that fashion.

    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Report and Recommendation on Plaintiff and counsel for Defendants.

    IT IS SO ORDERED

    DATED: September 21, 2015

_____

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

---

[1] Any First Amended Complaint must: (a) be labeled: "First Amended Complaint;" (b) be complete in and of itself (*i.e.*, include all claims against any properly served defendant against whom plaintiff is able to proceed) and not refer in any manner to the original Complaint; (c) contain a "short and plain" statement of the claims for relief. See Fed. R. Civ. P. 8(a); (d) make each allegation "simple, concise and direct." Fed. R. Civ. P. 8(d)(1); (e) make allegations in numbered paragraphs, "each limited as far as practicable to a single set of circumstances." Fed. R. Civ. P. 10(b); (f) set forth clearly the sequence of events giving rise to the claim(s) for relief; (g) allege with sufficient specificity what each defendant did and how that specific defendant's conduct injured plaintiff; and (h) not add defendants or claims without leave of court. Cf. George v. Smith, 507 F.3d 605, 607 (7th Cir. 2007) (prisoners may not file "buckshot" complaints – i.e., a pleading that alleges unrelated violations against different defendants).