1

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11   LENNIE WILLIAMS,                    Case No. CV 14-7625 JVS(JC)

12                    Plaintiff,
                                         ORDER ACCEPTING FINDINGS,
13          v.                           CONCLUSIONS, AND
                                         RECOMMENDATIONS OF UNITED
14                                       STATES MAGISTRATE JUDGE
     COUNTY OF LOS ANGELES
15   DEPARTMENT OF PUBLIC
     SOCIAL SERVICES, et al.,
16

17                    Defendants.

18

19          Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First

20   Amended Complaint, all documents submitted in connection with (1) the Motion to

21   Dismiss ("Joint Motion") filed by the County of Los Angeles and defendants

22   Philip L. Browning, Jon Minato, and Dennis Veals ("Joint Defendants") and the

23   accompanying Request for Judicial Notice; (2) the Motion to Dismiss ("Luque

24   Motion") filed by defendant Lupe Luque ("Luque"); and (3) Plaintiff's Application

25   for Entry of Default ("Plaintiff's Application"), and all of the records herein,

26   including the attached Report and Recommendation of United States Magistrate

27   Judge ("Report and Recommendation").  The Court approves and accepts the

28   Report and Recommendation.

1    IT IS HEREBY ORDERED:  (1) the Request for Judicial Notice is denied as

2   moot; (2) the Joint Motion is granted in part and denied in part without prejudice

3   and the First Amended Complaint is dismissed as against the Joint Defendants

4   based upon plaintiff's failure to comply with Rule 8 of the Federal Rules of Civil

5   Procedure; (3) the Luque Motion is granted and defendant Luque is dismissed from

6   this action without prejudice due to insufficient service of process; (4) Plaintiff's

7   Application is denied; (5) Plaintiff is granted limited leave (see infra note 1) to file

8   a Second Amended Complaint within fourteen (14) days of the entry of this Order;[1]

9   (6) Plaintiff is cautioned that, absent further order of the Court, her failure timely

10  to file a Second Amended Complaint which complies with this Order may result in

11  the dismissal of this action with or without prejudice based on, among other things,

12  the reasons noted above as more fully explained in the Report and

13  Recommendation, her failure diligently to prosecute, and/or her failure to comply

14  with the Court's Orders; and (7) the Clerk shall provide plaintiff with a

15  ///

16

17      [1]Any Second Amended Complaint must:  (a) be labeled: "Second Amended Complaint;"
18  (b) be complete in and of itself and not refer in any manner to the Original Complaint or the First
    Amended Complaint – *i.e.*, it must include all claims on which plaintiff seeks to proceed;
19  (c) contain a "short and plain" statement of the claims for relief.  See Fed. R. Civ. P. 8(a);
    (d) make each allegation "simple, concise and direct" Fed. R. Civ. P. 8(d)(1); (e) make
20  allegations in numbered paragraphs, "each limited as far as practicable to a single set of
    circumstances" Fed. R. Civ. P. 10(b); (f) simply, concisely, and clearly set forth the specific
21  sequence of events (including specific relevant dates) which allegedly gives rise to the claim(s)
    for relief, including what *each* defendant did and how each specific defendant's conduct injured
22  plaintiff; and (g) not add defendants or claims without leave of court.  Cf. George v. Smith, 507
    F.3d 605, 607 (7th Cir. 2007) (prisoners may not file "buckshot" complaints – i.e., a pleading
23  that alleges unrelated violations against different defendants).  In order adequately to comply
    with the foregoing, plaintiff must provide a short, plain statement for *each* claim/alleged
24  constitutional violation which, at a minimum, includes (1) the specific constitutional right
    plaintiff claims was violated; (2) the name of each defendant who allegedly violated the specific
25  constitutional right; (3) for *each* such defendant, a simple, concise, and clear description of what
    he or she specifically did or failed to do which caused a violation of the specific constitutional
26  right; and (4) the specific injury plaintiff suffered because of the alleged misconduct of each
    individual defendant identified.
27

28

1    Central District of California Civil Rights Complaint Form to facilitate plaintiff's

2    filing of a Second Amended Complaint if she elects to proceed in that fashion.

3          IT IS FURTHER ORDERED that the Clerk serve copies of this Order and

4    the Report and Recommendation on plaintiff and counsel for defendants.

5          IT IS SO ORDERED

6

7    DATED: May 20, 2016

8

9    _____

10                    HONORABLE JAMES V. SELNA
                      UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3