# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNIE WILLIAMS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC SOCIAL SERVICES, et al.,<br><br>　　　　　　　Defendants. | Case No. CV 14-7625 JVS(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Second Amended Complaint, all documents submitted in connection with (1) the Motion to Dismiss ("Motion to Dismiss") filed by the County of Los Angeles and defendants Philip L. Browning, Jon Minato, and Dennis Veals ("Moving Defendants"), and all of the records herein, including the December 21, 2016 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and petitioner's Objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions,

and recommendations of the United States Magistrate Judge and overrules the Objections.[1]

IT IS HEREBY ORDERED:  (1) the Motion to Dismiss is granted in part and denied in part as moot as detailed in, and for the reasons explained in the Report and Recommendation; (2) the Second Amended Complaint is dismissed without further leave to amend and the action is dismissed with prejudice as against the Moving Defendants; and (3) the Clerk shall enter judgment dismissing (a) the Second Amended Complaint without leave to amend; (b) this action as against the Moving Defendants with prejudice; and (c) this action as against defendant Lupe Luque without prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on plaintiff and on counsel for defendants.

IT IS SO ORDERED

DATED: February 8, 2017

_____

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

---

[1] To the extent that Williams accuses the Magistrate Judge of bias and prejudice (Plaintiff Written Statement of Objections, pp. 6, 10), the Court finds no basis for recusal under Section 455(a). 28 U.S.C. § 455(a).  The fact that a judge has made rulings adverse to a party, standing alone, is not a basis for disqualification.  Liteky v. United States, 510 U.S. 540, 555 (1994); United States v. Hernandez-Escarsega, 886 F.2d 1560, 1581 (9th Cir. 1989).  He presents no other basis for recusal.