UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNIE WILLIAMS,<br><br>            Plaintiff,<br><br>     v.<br><br>COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC SOCIAL SERVICES, et al.,<br><br>            Defendants. | Case No. CV 14-7625 JVS(JC)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that (1) the operative Second Amended Complaint is dismissed without leave to amend; (2) the action is dismissed with prejudice as against the County of Los Angeles and defendants Philip L. Browning, Jon Minato, and Dennis Veals; and (3) the action is dismissed without prejudice as against defendant Lupe Luque.

IT IS SO ADJUDGED.

DATED: February 8, 2017   _____

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE